Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Omar Ibn Abraham Shakir

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OMAR IBN ABRAHAM SHAKIR,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-02120-DJA<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ~~[PROPOSED]~~ ORDER<br><br>(FIRST REQUEST) |

Plaintiff Omar Ibn Abraham Shakir and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from October 11, 2026 to November 19, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules

for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Counsel has tested positive for Covid, and has been experiencing severe flu like symptoms. Counsel's ability to focus and meet the filing deadline have been impacted due to these unforeseen circumstances.

DATE: October 13, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ______________________________
Marc V. Kalagian
Attorney for plaintiff Omar Ibn Abraham Shakir

DATE: October 13, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ______________________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

______________________________
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2026

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:26-CV-02120-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 13, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

Marc V. Kalagian
Attorneys for Plaintiff